# FRIER & LEVITT, L.L.C.
ATTORNEYS AT LAW

Jonathan E. Levitt, Esq. (Pro Hac Vice)
Todd Mizeski, Esq. (Pro Hac Vice)
Steven L. Bennet, Esq. (Pro Hac Vice)
Nicole M. DeWitt, Esq. (Pro Hac Vice)
84 Bloomfield Avenue
Pine Brook, NJ 07058
(973) 618-1660
(973) 618-0650
jlevitt@frierlevitt.com
tmizeski@frierlevitt.com
sbennet@frierlevitt.com
ndewitt@frierlevitt.com

# NILES, BARTON & WILMER, L.L.P.
ATTORNEYS AT LAW

George E. Reede, Jr., Esq. (#08220)
Jessica E. Pak, Esq. (#19728)
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
(410) 783-6300
(410) 783-6452
gereede@nilesbarton.com
jepak@nilesbarton.com

Attorneys for Plaintiffs, Coruscant Holdings, LLC d/b/a Lumberton Drugs West, J&S Drug Company, Inc. d/b/a Lumberton Drug, and HomeRx Healthcare, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| CORUSCANT HOLDINGS, LLC D/B/A LUMBERTON DRUGS WEST, et al., | CASE NO.: 1:19-CV-00035-CCB |
| Plaintiffs, | Hon. Catherine C. Blake, U.S.D.J. |
| v. | |
| EPIC PHARMACY NEWTORK, INC., | **DECLARATION OF TODD MIZESKI, ESQ. IN SUPPORT OF PLAINTIFFS' PARTIAL MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIM** |
| Defendant. | |

I, Todd Mizeski, Esq., of full age, do hereby declare as follows:

1

1. I am an attorney-at law licensed to practice in the State of New Jersey, and a Partner with the law firm Frier & Levitt, LLC, counsel for Plaintiffs, Coruscant Holdings, LLC d/b/a Lumberton Drugs West, J&S Drug Company, Inc. d/b/a Lumberton Drug, and HomeRx Healthcare, LLC, in the above captioned matter. I am fully familiar with the facts set forth herein. I hereby submit this Declaration in support of Plaintiffs' Partial Motion to Dismiss Defendant's Amended Counterclaim.

2. For the Court's convenience, annexed hereto as Exhibit A is a true and accurate copy of Plaintiffs' Complaint in the above referenced matter. The Complaint can be also found as Document "1" on the Court's electronic filing system docket in the above-captioned lawsuit.

3. For the Court's convenience, annexed hereto as Exhibit B is a true and accurate copy of Defendant's Answer and Amended Counterclaim in the above referenced matter. The Answer can be also found as Document "14" on the Court's electronic filing system docket in the above-captioned lawsuit. The Amended Counterclaim can be also found as Document "31" on the Court's electronic filing system docket in the above-captioned lawsuit.

4. Annexed hereto as Exhibit C are true and accurate copies of the following unpublished decision: <u>Pruitt v. Wells Fargo Bank, N.A.</u>, 2015 WL 9490234 (D.Md. 2015).

As permitted under 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

By: s/*Todd Mizeski*
Jonathan E. Levitt, Esq. (Pro Hac Vice)
Todd Mizeski, Esq. (Pro Hac Vice)
Steven L. Bennet, Esq. (Admitted Pro Hac Vice)
Nicole M. DeWitt, Esq. (Admitted Pro Hac Vice)
84 Bloomfield Avenue
Pine Brook, NJ 07058
(973) 618-1660
(973) 618-0650
jlevitt@frierlevitt.com
tmizeski@frierlevitt.com
sbennet@frierlevitt.com
ndewitt@frierlevitt.com
*Attorneys for Plaintiffs*

Dated:  September 24, 2019

**CERTIFICATION OF SERVICE**

I, Todd Mizeski, Esq., of full age, do hereby certify that on the date set forth below, the attached paper(s) was served via the Court's Electronic Case Filing ("ECF") System, upon those parties registered to receive papers through the system, and via United States first class mail, postage pre-paid, on the following:

> Gary S. Posner (Bar. No. 05863)
> David Cahn (Bar. No. 23778)
> Whiteford, Taylor & Preston L.L.P.
> Seven Saint Paul Street
> Suite 1500
> Baltimore, Maryland 21202-1636
> Tel. (410) 347-8700
> Fax (410) 223-4306
> E:mail: gposner@wtplaw.com
> dcahn@wtplaw.com
> *Attorneys for Defendant/Counterclaim Plaintiff*
> *EPIC Pharmacy Network, Inc.*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> By: s/*Todd Mizeski*
> Jonathan E. Levitt, Esq. (Pro Hac Vice)
> Todd Mizeski, Esq. (Pro Hac Vice)
> Steven L. Bennet, Esq. (Admitted Pro Hac Vice)
> Nicole M. DeWitt, Esq. (Admitted Pro Hac Vice)
> 84 Bloomfield Avenue
> Pine Brook, NJ 07058
> (973) 618-1660
> (973) 618-0650
> jlevitt@frierlevitt.com
> tmizeski@frierlevitt.com
> sbennet@frierlevitt.com
> ndewitt@frierlevitt.com
> *Attorneys for Plaintiffs*

Dated: September 24, 2019